```
Label Matrix for local noticing          AEL                                      Baptist - Collierville
0537-1                                   PO Box 144225                            1500 West Poplar Avenue
Case 16-10370-JDW                        Austin, TX 78714-4225                    Collierville, TN 38017-0601
Northern District of Mississippi
Aberdeen
Tue Sep  4 10:21:45 CDT 2018

Locke D. Barkley                         Robert Alan Byrd                         CAS Of Tennessee
6360 I-55 North                          145 Main Street                          P.O. Box 40916
Suite 140                                P. O. Box 1939                           Memphis, TN 38174-0916
Jackson, MS 39211-2038                   Biloxi, MS 39533-1939


Capital One Auto Finance                 Capital One Auto Finance                 Capital One Auto Finance
4515 N Santa Fe Ave. Dept. APS           P.O. Box 260848                          c/o AIS Portfolio Services, LP
Oklahoma City, OK 73118-7901             Plano, TX 75026-0848                     4515 N Santa Fe Ave. Dept APS
                                                                                  Oklahoma City, OK 73118-7901


Capital One Auto Finance                 Capital One Auto Finance c/o AIS Portfolio S   Central Credit Services, LLC
c/o Byrd & Wiser                         P.O. BOX 4360                            20 Corporate Hills Drive
P.O. Box 1939                            Houston, TX 77210-4360                   Saint Charles, MO 63301-3749
Biloxi, MS 39533-1939


Consolidated Recovery Systems            Credit One Bank                          DR. JOSEPH STURDIVANT
PO Box 1719                              P.O. Box 98873                           Consolidated Recovery Systems
Memphis, TN 38101-1719                   Las Vegas, NV 89193-8873                 2650 Thousand Oaks Blvd, Ste 4200
                                                                                  MEMPHIS, TN 38118-2451


Dr. Joseph Sturdivant                    East Memphis Family Medicine             Emergency Mobile Health Care, LLC
Post Office Box 2279                     PO Box 741370                            P.O. Box 382550
Memphis, TN 38101-2279                   Atlanta, GA 30374-1370                   Germantown, TN  38183-2550


FRANCIS J FENAUGHTY MD PC                First Premier Bank                       Francis J. Fenaughty, MD, PC
Consolidated Recovery Systems            3820 N Louise Ave                        P.O. Box 342409
2650 Thousand Oaks Blvd, Ste 4200        Sioux Falls, SD 57107-0145               Bartlett, TN 38184-2409
MEMPHIS, TN 38118-2451


Pamela J German                          Randell L German                         LVNV Funding, LLC its successors and assigns
227 West Cox Road                        227 West Cox Road                        assignee of Bluestem Brands, Inc.
Byhalia, MS 38611-9284                   Byhalia, MS 38611-9284                   Resurgent Capital Services
                                                                                  PO Box 10587
                                                                                  Greenville, SC 29603-0587


METHODIST HEALTHCARE GERMANTOWN          MedPost Urgent Care - Collierville       Medical Anesthesia Group, P.A.
Consolidated Recovery Systems            Post Office Box 742620                   PO Box 171306
2650 Thousand Oaks Blvd, Ste 4200        Atlanta, GA 30374-2620                   Memphis, TN 38187-1306
MEMPHIS, TN 38118-2451


Memphis Radiological P.C.                Methodist Healthcare                     Mid South Imaging & Therapeutics
PO Box 1000                              Post Office Box 2279                     PO Box 5083
Memphis, TN 38101-2402                   Memphis, TN 38101-2279                   Memphis, TN 38101-5083
```

| | | |
|---|---|---|
| Midland Funding LLC<br>PO Box 2011<br>Warren MI 48090-2011 | Midland Funding, LLC<br>c/o Kelly C. Dicken, Esq.<br>Kinkelstein,Kern,Steinberg &Cunningham<br>Post Office Box 1<br>Knoxville, TN 37901-0001 | Pace Financial LLC Assignor TAG3<br>200 Jefferson Avenue Suite 1000<br>Memphis, TN 38103-2391 |
| Pace Financial, LLC<br>Post Office Box 682187<br>Franklin, TN 37068-2187 | Premier Bankcard, Llc<br>c o Jefferson Capital Systems LLC<br>Po Box 7999<br>Saint Cloud Mn 56302-7999 | R. Alan Ellis, M.D.<br>7705 Poplar Avenue, Ste. 310<br>Germantown, TN 38138-3930 |
| Karen B. Schneller<br>P.O. Box 417<br>Holly Springs, MS 38635-0417 | St. Francis Family Medical<br>126 Hwy 72<br>Collierville, TN 38017 | The Little Clinic<br>Corporate Office<br>2620 Elm Hill Pike<br>Nashville, TN 37214-3108 |
| Third Union Finance, Inc.<br>P.O. Box 400<br>Olive Branch, MS 38654-0400 | Transworld Systems<br>507 Prudential Rd<br>Horsham, PA 19044-2308 | U. S. Trustee<br>501 East Court Street, Suite 6-430<br>Jackson, MS 39201-5022 |
| Universal Collection Systems<br>PO Box 751090<br>Memphis, TN 38175-1090 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance<br>Post Office Box 260848<br>Plano, TX 75026-0848 | (d)Third Union Finance, Inc.<br>PO Box 400<br>Olive Branch, MS 38654-0400 | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     2<br>Total                  44 |